FILED: July 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1671
(5:23-cv-00219-BO-RJ)

_____

MONICA FAITH USSERY

        Plaintiff - Appellant

v.

ERIK A. HOOKS, is his official capacity as Secretary of the North Carolina Department of Public Safety; LORRIN FREEMAN, in her official capacity as Wake County District Attorney; CASSANDRA DECK-BROWN, in her official capacity as Chief of the City of Raleigh Police Department; DEDRIC BOND, in his official capacity as City of Raleigh Police Department Captain; ROGER "CHIP" HAWLEY, in his official capacity as Chief of North Carolina State Capitol Police; MARTIN BROCK, in his official capacity as Chief of the North Carolina General Assembly Police Department; DERICK PROCTOR, in his official capacity as an officer of North Carolina State Capitol Police; TITO FINK, in his official capacity as an officer of the North Carolina State Capitol Police; THE CITY OF RALEIGH, JOHN and JANE DOES 1-4, City of Raleigh Police Department Officers

        Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:23-cv-00219-BO-RJ |

| Date notice of appeal filed in originating court: | 07/19/2024 |
|---|---|
| Appellant | Monica Faith Ussery |
| Appellate Case Number | 24-1671 |
| Case Manager | Cyndi Halupa<br>804-916-2704 |